# Clark, Hunt and Embry

ATTORNEYS AT LAW

STEPHEN S. CLARK
BRUCE J. EMBRY
WILLIAM J. HUNT
WILLIAM F. AHERN, JR.
HENRY W. CLARK
JAMES T. BUCHANAN

DAVID GRAY HANSON, Of Counsel

55 CAMBRIDGE PARKWAY
CAMBRIDGE, MASSACHUSETTS 02142
617-494-1920
TELECOPIER 617-494-1921

MICHAEL B. NEWMAN
CHERYL CAMERON LEARY
DIANE SWIERCZYNSKI
EMANUEL J. MARKIS
JOSHUA D. KRELL
DAVID J. BURBRIDGE
CHRISTOPHER A. MYER
DEBORAH M. BIES
ANDREA M. YOUNG
EDWARD A. PRISBY
MANDI JO JASTREMSKI
STACEY A. WARD

FILED
IN CLERKS OFFICE

2004 JUN 25  A 11: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 23, 2004

Clerk for Civil Business
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:    **Anne M. Strecker and Richard Strecker v. Rayben Enterprises, Inc.**
       United States District Court Docket No. 04CV11354-DPW

Dear Sir/Madam:

Enclosed please find the following with respect to the above-referenced matter:

1.    Certified Copy of MICV2004-01913 for purposes of removal.

Thank you.

Very truly yours,

Stacey A. Ward

SAW/jh
Enclosure

cc:    Jodi M. Petrucelli, Esq.
       Sugarman & Sugarman, P.C.
       One Beacon Street
       Boston, MA  02108

MICV2004-01913



ANNE M. STRECKER, ET AL

V.

RAYBEN ENTERPRISES, INC

****REMOVED TO US DISTRICT COURT****

**Commonwealth of Massachusetts**
**SUPERIOR COURT DEPARTMENT**
**THE TRIAL COURT**
**CAMBRIDGE**

MICV 2004-01913

I, Karen O'Connor, Deputy Assistant Clerk of the Superior Court, within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings entered in the Superior Court on the 6th of May in the year of our Lord, Two Thousand Four



In testimony whereof, I hereunto set my hand and affix the seal of said Superior Court, at Cambridge, in said County, this 17th of June, in the year of our Lord, Two Thousand Four

_Karen A. O'Connor_
Deputy Assistant Clerk



#2004-1913 F

3/

FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

10: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

I HEREBY ATTEST AND CERTIFY ON
THAT THE FOREGOING DOCUMENT IS A FULL
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BY:



)
)

HEREBY ATTEST AND CERTIFY ON _____
THAT THE FOREGOING DOCUMENT IS A FULL
AND CORRECT COPY OF THE ORIGINAL ON
IN MY OFFICE AND IN MY LEGAL CUSTODY

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BY: _____
OF MASS.

3/

#2004-1913 F

*FILED
IN CLERKS OFFICE*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

10: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ANNE M. STRECKER AND RICHARD STRECKER<br>  Plaintiffs | ) )<br>)<br>) |
| v. | ) )<br>) |
| RAYBEN ENTERPRISES, INC.<br>  Defendant | ) )<br>) |

**PETITION FOR REMOVAL**

# 04 CV 11354 DPW

Rayben Enterprises, Inc., the defendant herein, pursuant to the provisions of Title 28, U.S.C. §1441(a) and §1446, hereby gives notice of removal of a certain civil action as more fully set forth below, and prays that this Court accept jurisdiction thereof and adjudicate the dispute between the parties, as provided for by law.

1.    There is commenced, and is now pending in the Superior Court of Middlesex County, Massachusetts, a certain civil action, bearing civil action no. 04-1913-F, in which the above-named Anne M. Strecker and Richard Strecker are plaintiffs and Rayben Enterprises, Inc., is the defendant.

2.    Said action is a civil action and the amount involved, exclusive of interest and costs will exceed the cost of seventy five thousand dollars ($75,000.00) to wit: an action for personal injuries in which the plaintiff claims she slipped and fell on an unsafe flooring condition and that she fractured several bones in her face and jaw, broke several teeth and required surgery as a result. The medical bills and lost wages alone are approximately forty three thousand one hundred sixty dollars and seventeen cents ($43,160.17).

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX

JUN 1 6 2004

_____
CLERK

3.    There is complete diversity in this action involving a controversy between citizens of different states.  As pleaded, the plaintiffs are residents of Worcester, Massachusetts.  The defendant, as pleaded, is a New York corporation with a usual place of business at 31 Railroad Avenue, Albany, New York.

4.    Said action is one in which the District Court of the United States is given original jurisdiction.

5.    This notice is filed in this Court within thirty (30) days after receipt by the defendant of a copy of the initial pleading setting forth a claim for relief upon which the action is based, and the time for filing this notice under 28 U.S.C. §1446 has not expired.  Specifically, this matter was served upon the defendant, according to the summons, on May 27, 2004.

6.    Written notice of the filing of this Notice will be provided to all adverse parties as required by law.

7.    A copy of this notice will be filed with the Clerk of the Superior Court of Middlesex County, Massachusetts as provided by law.

8.    There is filed herewith, and by reference made a part hereof, a true and correct copy of the Summons and Complaint served upon this defendant in this action, along with the defendant's Answer.

WHEREFORE, the petitioning defendant prays that this action be removed to this Court.

Respectfully submitted,

**CLARK, HUNT & EMBRY**

William J. Hunt (244720)
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Date:

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS—44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Anne M. Strecker and Richard Strecker

**DEFENDANTS** FILED
IN CLERKS OFFICE
Rayben Enterprises, Inc.

2004 JUN 16  A 10: 27

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Worcester, MA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Albany, N.Y.
U.S. DISTRICT COURT (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jodi M. Petrucelli
Sugarman & Sugarman, P.C.
One Beacon Street,
Boston, MA  02108

ATTORNEYS (IF KNOWN)

04 CV 11354 DPW

William J. Hunt
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury — Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☒ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS — Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. § 1332 - Diversity of Citizenship

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ YES  ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE

DOCKET NUMBER

DATE  6/15/04

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Anne M. Strecker and Richard Strecker v. ~~FILED~~

    Rayben Enterprises, Inc. ~~IN CLERKS OFFICE~~

2.  CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL *2004 JUNE 21 ~~A 11: 27~~
    COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).

    ___    I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.            U.S. DISTRICT COURT
                                                                              DISTRICT OF MASS.
    ___    II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     for patent, trademark or copyright cases

    X      III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                 380, 385, 450, 891.

    ___    IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                 690, 810, 861-865, 870, 871, 875, 900.

    ___    V.    150, 152, 153.                                      04 CV 11354 DPW

3.  TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE
    HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

    _____

4.  HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
    COURT?

                                                  YES          (NO)

5.  DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
    PUBLIC INTEREST?  (SEE 28 USC §2403)

                                                  YES          (NO)

    IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                  YES          NO

6.  IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE
    28 USC §2284?

                                                  YES          (NO)

7.  DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
    COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE
    SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                                  YES          (NO)

    A.    IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

          EASTERN DIVISION          CENTRAL DIVISION          WESTERN DIVISION

    B.    IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
          GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

          EASTERN DIVISION         (CENTRAL DIVISION)         WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  William J. Hunt
ADDRESS Clark, Hunt & Embry, 55 Cambridge Parkway, Cambridge, MA  02142
TELEPHONE NO. (617) 494-1920

(Cover sheet local.wpd - 11/27/00)

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

04-1913



---

ANNE M. STRECKER AND RICHARD
STRECKER,

Plaintiffs

vs.

RAYBEN ENTERPRISES, INC.,

Defendant

---

No.

```
05/06/04  10:35#0000  6795  CLERK  E
                          20      240.00
               CIVIL              480.00
               SURCHARGE           15.00
               SECC                20.00
               041913 #
               SUBTTL            515.00
               TOTAL  515.00
               CHECK             515.00
```

## COMPLAINT

### The Parties

1.     The plaintiff, Anne M. Strecker, resides at 3 Jackstraw Path,

Westborough, County of Worcester, Commonwealth of Massachusetts.

2.     The plaintiff, Richard Strecker, resides at 3 Jackstraw Path, Westborough,

County of Worcester, Commonwealth of Massachusetts, and at all material times was

and is the spouse of the plaintiff, Anne M. Strecker.

3.     The defendant, Rayben Enterprises, Inc., is a corporation duly organized

and existing under the laws of the State of New York with a usual place of business at

31 Railroad Avenue, Albany, New York, and a Massachusetts resident agent of National

Corporate Research, 18 Tremont Street, Suite 146, Boston, County of Suffolk,

Commonwealth of Massachusetts.

2

## The Facts

4.      At all material times, the defendant, Rayben Enterprises, Inc., regularly conducted business within the Commonwealth of Massachusetts.

5.      On or about November 19, 2003, while the plaintiff, Anne M. Strecker, was in the exercise of due care, she was caused to slip and fall and sustain severe personal injuries while in the course of her employment at the Administration Building, U.S. Army Solider Systems Center, Natick, County of Middlesex, Commonwealth of Massachusetts.

6.      The plaintiff's injuries as described herein are a result of the carelessness and negligence of the defendant, its agents, servants, employees or others for whom it is responsible.

7.      The defendant operated and/or controlled and/or otherwise had a duty and/or obligation regarding the premises where the plaintiff was injured.

8.      As a result of the injuries sustained in the incident described above, the plaintiff, Anne M. Strecker, was caused to suffer great pain of body and anguish of mind, her earning capacity has been and will be impaired for a long period of time and she has expended and will continue to expend large sums of money for medical care and attendance.

9.      As a result of the injuries sustained by the plaintiff, Anne M. Strecker, the plaintiff, Richard Strecker, has had his marital relationship with his wife interfered with, whereby he has suffered loss of his wife's services, society, affection, companionship, and consortium.

**Commonwealth of Massachusetts**
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

# MICV2004-01913
## Strecker et al v Rayben Enterprises, Inc

| | | | | |
|---|---|---|---|---|
| **File Date** | 05/06/2004 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 06/16/2004 | **Session** | F - Cv F (10A Cambridge) | |
| **Origin** | 1 | **Case Type** | B04 - Other negligence/pers injury/pro | |
| **Lead Case** | | **Track** | F | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 08/04/2004 | **Answer** | 10/03/2004 | **Rule12/19/20** | 10/03/2004 | |
| **Rule 15** | 10/03/2004 | **Discovery** | 03/02/2005 | **Rule 56** | 04/01/2005 | |
| **Final PTC** | 05/01/2005 | **Disposition** | 06/30/2005 | **Jury Trial** | Yes | |

### PARTIES

**Plaintiff**
Anne M Strecker
3 Jackstraw Path
Westborough, MA 01581
Active 05/06/2004

**Private Counsel 561911**
Jodi M Petrucelli
Sugarman & Sugarman
1 Beacon Street
13th floor
Boston, MA 02108
Phone: 617-542-1000
Fax: 617-542-1359
Active 05/06/2004 Notify

**Plaintiff**
Richard Strecker
3 Jackstraw Path
Westborough, MA 01581
Active 05/06/2004

*** See Attorney Information Above ***

**Defendant**
Rayben Enterprises, Inc
31 Railroad Avenue
Albany, NY 12207
Answered: 06/14/2004
Answered 06/14/2004

**Private Counsel 244720**
William J Hunt
Clark Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
Phone: 617-494-1920
Fax: 617-494-1921
Active 06/14/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 05/06/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 05/06/2004 | | Origin 1, Type B04, Track F. |
| 06/14/2004 | 2.0 | ANSWER: Rayben Enterprises, Inc.(Defendant) and jury demand |
| 06/16/2004 | 3.0 | Case REMOVED this date to US District Court of Massachusetts by deft Rayben Enterprises, Inc |
| 06/16/2004 | | ABOVE ACTION THIS DAY REMOVED TO US DISTRICT COURT |

### EVENTS