UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE M. STRECKER AND RICHARD STRECKER <br> Plaintiffs <br><br> v. <br><br> RAYBEN ENTERPRISES, INC. <br> Defendant | No. 1:04-CV-1154-DPW <br><br> DEFENDANT'S INITIAL DISCLOSURE <br> (PURSUANT TO RULE 26) |

A.  Individuals with Discoverable Information

The individuals with discoverable information are set forth in the Defendant's Response to the Plaintiff's Request for Production of Documents.

B.  Documents

Documents required by Rule 26(a)(1B) have been produced pursuant to the Defendant's Response to the Plaintiff's Request for Production of Documents.

C.  Damages Computation

Not applicable to this defendant.

D.  Insurance Agreements

The insurance policies have been provided to the plaintiff as part of the Defendant's Response to the Plaintiff's Request for Production of Documents.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____.

_____

Date: _____

Respectfully submitted,

CLARK, HUNT & EMBRY

_____
William J. Hunt (244720)
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920