UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ANNE M. STRECKER AND RICHARD STRECKER,

          Plaintiffs,

vs.

RAYBEN ENTERPRISES, INC.,

          Defendant.

Civil Action No. 04-11354-DPW

## PLAINTIFFS' RULE 16.1 CERTIFICATION

Plaintiffs, Anne M. Strecker and Richard Strecker, hereby certify that they have conferred with their counsel :

a.    with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Anne M. Strecker

_____
Richard Strecker

On Behalf of the Plaintiffs
Anne M. Strecker and Richard Strecker
By their Attorneys

SUGARMAN AND SUGARMAN, P.C.

_____
Jodi M. Petrucelli BBO # 561911

_____
G. Thomas Pauling BBO # 567692
One Beacon Street
Boston, MA  02108
(617) 542-1000
jpetrucelli@sugarman.com
tpauling@sugarman.com

Certificate of Service

I hereby certify that a true copy of the above document was served by mail, postage prepaid, upon the attorney of record for each party:

William J. Hunt, Esq.
Clark Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

_____
G. Thomas Pauling