UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

ANNE M. STRECKER AND
RICHARD STRECKER,

    Plaintiffs,

vs.

RAYBEN ENTERPRISES, INC.,

    Defendant.

Civil Action No. 04-11354-DPW

**JOINT STATEMENT**

Plaintiffs and defendant in the above action suggest the following proposed pretrial schedule:

1. Initial disclosures served by September 10, 2004

2. Amendments/additional joinder to pleadings filed by October 10, 2004;

3. Service of responses to all written discovery requests by January 31, 2005;

4. Completion of non-expert depositions and other factual discovery (medical examinations, site inspections) by June 30, 2005. Plaintiffs together limited to 10 depositions, defendant(s) together limited to 10 depositions;

5. Plaintiff's disclosure of information regarding experts pursuant to FRCP 26(b)(4)(A)(I) by July 31, 2005; Defendant's within thirty (30) days thereafter;

6. If agreed to by all parties, parties shall either (a) participate in outside mediation, or (b) request Senior Judge mediation by September 30, 2005;

7. All expert depositions and discovery completed by October 31, 2005;

8. Serving of dispositive motions by November 30, 2005, with oppositions served within 21 days;

2

9. Pre-trial conference or hearing on motions for summary judgment by January 15, 2006.

In addition, the parties have conferred with a view toward settlement and controlling the costs of litigation. Alternative dispute resolution programs, or trial by a magistrate judge are not agreed to by the parties at this time, pending further discovery and discussions.

### Additional Scheduling Conference topics

1. Mutual exchange of documents;
2. Scheduling Order.

The parties hereby certify that the above information is complete and accurate.

On Behalf of the Plaintiffs
Anne M. Strecker and Richard Strecker
By their Attorneys

SUGARMAN AND SUGARMAN, P.C.

_____
Jodi M. Petrucelli BBO # 561911
G. Thomas Pauling BBO # 567692
One Beacon Street
Boston, MA 02108
(617) 542-1000
jpetrucelli@sugarman.com
tpauling@sugarman.com

On Behalf of the Defendant
Rayben Enterprises, Inc.
By its Attorneys

CLARK HUNT & EMBRY

_____
William J. Hunt, Esq.
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920
whunt@chelaw.com

## Certificate of Service

I hereby certify that a true copy of the above document was served by mail, postage prepaid, on _August 2, 2004_ upon the attorney of record for each party:

William J. Hunt, Esq.
Clark Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142

_____
G. Thomas Pauling