## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE M. STRECKER and RICHARD STRECKER,<br>        Plaintiffs<br><br>v.<br><br>RAYBEN ENTERPRISES, INC.,<br>        Defendant | No. 1:04-CV-11354-DPW<br><br>NOTICE OF ENTRY OF APPEARANCE |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the defendant, Rayben Enterprises, Inc., with respect to the above-captioned matter.

Respectfully submitted.

**CLARK, HUNT & EMBRY**

Michael B. Newman (632222)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL (BY HAND) ON  8/11/04