UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANNE M. STRECKER AND RICHARD )
STRECKER )
    Plaintiffs )
)    No. 1:04-CV-1154-DPW
v. )
)
RAYBEN ENTERPRISES, INC. )
    Defendant )

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

We, the undersigned, certify that we have conferred a) with a view to establishing a budget for the cost of conducting the full course – and various alternative course – of the litigation; and, b) to consideration the resolution of the litigation through the use of alternative dispute resolution programs.

_____
Steven Robe
Everest National Insurance
477 Martinsville Road
P.O. Box 830
Liberty Corner, NJ 07938-0830

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _____.

_____
William J. Hunt (244720)
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Date: _____