UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE M. STRECKER AND RICHARD STRECKER<br><br>Plaintiffs,<br><br>vs.<br><br>RAYBEN ENTERPRISES, INC.<br><br>Defendant. | No. 1:04-CV-11354-DPW |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as counsel for the plaintiffs, Anne M. Strecker and Richard Strecker, in the above-captioned matter, together with Attorney Jodi M. Petrucelli of this firm.

    Respectfully submitted,

    SUGARMAN AND SUGARMAN, P.C.

    _____
    G. Thomas Pauling - BBO #567692
    One Beacon Street
    Boston, MA 02108
    (617) 542-1000

2

## Certificate of Service

I hereby certify that a true copy of the above document was served by mail, postage prepaid, on October 5, 2004, upon the attorney of record for each party:

Michael B. Newman, Esq.
Clark, Hunt & Embry
55 Cambridge Parkway
Cambridge, MA  02142

*[signature]*
G. Thomas Pauling