UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE M. STRECKER and RICHARD STRECKER,<br>    Plaintiffs<br><br>v.<br><br>RAYBEN ENTERPRISES, INC.,<br>    Defendant | No. 1:04-CV-11354-DPW<br><br>NOTICE OF ENTRY OF APPEARANCE |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as counsel for the defendant, Rayben Enterprises, Inc., with respect to the above-captioned matter.

Respectfully submitted.

**CLARK, HUNT & EMBRY**

/s/ Armando J. Acosta

---
Armando J. Acosta (648242)
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920

Date: February 7, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2005, I caused copies of the foregoing document to be served on counsel to the parties to this action and on counsel or representatives of the movants for intervention by first class mail.

/s/ Armando J. Acosta

---
Armando J. Acosta