UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNE M. STRECKER AND RICHARD STRECKER,<br>    Plaintiffs<br><br>v.<br><br>RAYBEN ENTERPRISES, INC.,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)    No. 1:04-CV-11354-DPW<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly withdraw my appearance as counsel for the defendant Rayben Enterprises, Inc., with respect to the above-captioned matter.

                                    Respectfully submitted,

                                    /s/ *Armando J. Acosta*

                                    _____
                                    Armando J. Acosta (BBO #648242)
                                    **CLARK, HUNT & EMBRY**
                                    55 Cambridge Parkway
                                    Cambridge, MA 02142
                                    (617) 494-1920

Dated: August 10, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2005, I caused copies of the foregoing document to be served on counsel to the plaintiff by first class mail.

/s/ Armando J. Acosta
Armando J. Acosta