# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANNE M. STRECKER AND RICHARD STRECKER,<br>    Plaintiffs<br><br>v.<br><br>RAYBEN ENTERPRISES, INC.,<br>    Defendant | No. 1:04-CV-11354-DPW |

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice.

Dated this 1st day of November, 2005.

Respectfully submitted,

**SUGARMAN AND SUGARMAN, P.C.**

/s/ Thomas G. Pauling
Thomas G. Pauling (BBO #567692)
Attorney for Plaintiffs
One Beacon Street
Boston, MA 02108
(617) 542-1000

**CLARK, HUNT & EMBRY**

/s/ William J. Hunt
William J. Hunt (BBO #244720)
Attorney for Defendant
55 Cambridge Parkway
Cambridge, MA 02142
(617) 494-1920